JAMES J. SHEERAN, COMMISSIONER OF INSURANCE OF THE STATE OF NEW JERSEY v. NATIONWIDE MUTUAL INSURANCE CO., INC.

January 16, 1979. Petition for certification granted. (See 159 *N. J. Super.* 417)

RAFAEL DIAZ v. BOARD OF REVIEW.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MOORE.

January 16, 1979. Petition for certification denied.

RALPH MANGARELLI v. WEST PARK WASHINGTON CORP.

January 16, 1979. Petition for certification dismissed as moot.

STATE OF NEW JERSEY v.
LUCIO W. PATINO AND GUILLERMO BARRIGA.

January 16, 1979. Petition for certification granted. (See 163 *N. J. Super.* 116)

STATE OF NEW JERSEY v. KENNETH COPPEDGE.

January 16, 1979. Petition for certification denied.